**SILVERMAN & ASSOCIATES** | ATTORNEYS AT LAW



January 2, 2020

**VIA ECF**
Hon. Kenneth M. Karas
United States District Judge
United States District Court
Southern District of New York
300 Quarropas Street
White Plains, NY 10601

      Re:    *J.L. v. Beacon City School District, et al.*
              Docket No.: 19-CV-07089 (KMK)
              Our File No.: 5001.531

Dear Judge Karas:

      We represent the Defendants in the above referenced matter and are writing with the consent of Plaintiff's Counsel to request that the conference scheduled for 10:15 a.m. on January 10th be moved to a different time later that day. The reason for this request is that we have an appearance before Judge Briccetti at 10:00 a.m. in another matter that has been scheduled for some time. We have conferred with Plaintiff's Counsel and the parties are available on January 10th any time after 12:00 p.m. If the conference cannot be rescheduled on January 10th, the parties will provide the Court with alternative dates for the conference.

      Thank you for your consideration of this matter.

                        Respectfully submitted,

                        SILVERMAN & ASSOCIATES

                        Gerald S. Smith

CC:    Hach Rose Schirrripa & Cheverie, LLP
        *Attorneys for Plaintiff*
        112 Madison Avenue, 10th Floor
        New York, New York 10016
        Attention: Hillary Nappi, Esq.

*[Handwritten memo endorsement:] The conference is moved to 1/17/20 at 10:00. So Ordered. KMK 1/6/20*

445 Hamilton Ave., Suite #1102 | White Plains, NY 10601
914.574.4510 Main | 914.574.4515 Fax | silvermanandassociatesny.com